UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTIAGO TEODOMIRO GONZALEZ PEREZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. CV 5:26-6534-RAO

JUDGMENT

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and this action is closed.

DATED: November 16, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE